| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Todd Turoci (SBN 160059)<br>The Turoci Firm, Inc.<br>3845 Tenth Street<br>Riverside, CA 92501<br>Phone: 888-332-8362<br>Fax : 866-762-0618<br>Email: mail@theturocifirm.com<br><br>☐ Respondent appearing without attorney<br>☒ Attorney for Respondent: Debtors | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>PATRICK SANCHES AND<br>AGRIPINA SANCHES,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:19-bk-16999-WJ<br>CHAPTER: 13<br><br>**RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT**<br><br>DATE: 11/02/2022<br>TIME: 2:30 pm<br>COURTROOM: 304<br>PLACE: 3420 Twelfth Street, Riverside, CA 92501 |
|---|---|

**Movant:** Select Portfolio Servicing, as servicing agent for U.S. Bank N.A., as indenture trustee, for the holders of the CIM Trust 2021-NR3, Mortgage-Backed Notes, Series 2021-NR3

**Respondent:**  ☒ Debtor   ☐ trustee   ☐ other:

> NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
>
> A copy of the Response, exhibit(s) and declaration(s) must be served upon:
>
> (1) Movant's attorney (or Movant, if Movant does not have an attorney);
> (2) the trustee; and
> (3) the judge who presides over this bankruptcy case.
>
> Then the document must be filed with the court.

1. ☐ **NONOPPOSITION**
   The Respondent does not oppose the granting of the Motion.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                       Page 1                                  **F 4001-1.RFS.RESPONSE**

2. ☐ **LIMITED OPPOSITION**

   a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession take place before (*date*): _____ and the reason for this request is (*specify*):

   b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

   The Debtor:
   (1) ☐ has no knowledge of the Property.
   (2) ☐ has no interest in the Property.
   (3) ☐ has no actual possession of the Property.
   (4) ☐ was not involved in the transfer of the Property.

   c. ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time. Evidence of a pending loan modification is attached as Exhibit _____.

3. ☒ **OPPOSITION:** The Respondent opposes granting of the Motion for the reasons set forth below.

   a. ☐ The Motion was not properly served (*specify*):

   (1)  . ˙  Not all of the required parties were served.
   (2) ☐ There was insufficient notice of the hearing.
   (3) ☐ An incorrect address for service of the Motion was used for (*specify*):

   b. ☐ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:

   (1) ☐ The value of the Property is $ _____, based upon (*specify*):

   (2) ☐ Total amount of debt (loans) on the Property is $ _____.

   (3) ☐ More payments have been made to Movant than the Motion accounts for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

   (4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments. A true and correct copy of the loan modification agreement is attached as Exhibit _____.

   (5) ☐ The Property is necessary for an effective reorganization. Respondent filed or intends to file a plan of reorganization that requires use of the Property. A true and correct copy of the plan is attached as Exhibit _____.

   (6) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current. A true and correct copy of the chapter 13 plan is attached as Exhibit _____ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit _____.

   (7) ☐ The Property is insured. Evidence of current insurance is attached as Exhibit _____.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                                 Page 2                                                                **F 4001-1.RFS.RESPONSE**

(8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.

(9) ☐ Respondent denies that this bankruptcy case was filed in bad faith.

(10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.

(11) ☐ Other (*specify*):

c. ☒ Respondent asserts the following as shown in the declaration(s) filed with this Response:

(1) ☐ The bankruptcy case was converted from chapter ___ to chapter ___.

(2) ☒ All postpetition arrearages will be cured by the hearing date on this motion.

(3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments ☐ are current, or ☐ will be cured by the hearing date on this motion.

(4) ☒ The Debtor has equity in the Property in the amount of $ 136,012.00            .

(5) ☒ Movant has an equity cushion of $ 136,012.00            or _____% which is sufficient to provide adequate protection.

(6) ☒ The Property is necessary for an effective reorganization because (*specify*):
Debtors reside at property address 14791 Santa Fe Trail, Victorville, CA 92392

(7) ☒ The motion should be denied because (*specify*):
Debtors are willing to enter into a 9 month adequate protection agreement.

(8) ☐ An optional memorandum of points and authorities is attached in support of this Response.

4. **EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**

Attached are the following documents in support of this Response:

☒ Declaration by the Debtor              ☐ Declaration by the Debtor's attorney
☐ Declaration by trustee                 ☐ Declaration by trustee's attorney
☐ Declaration by appraiser               ☐ Other (*specify*):

Date: 10/26/22

The Turoci Firm
Printed name of law firm for Respondent (if applicable)

Todd Turoci
Printed name of individual Respondent or attorney for Respondent

Signature of individual Respondent or attorney for Respondent

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                Page 3                              F 4001-1.RFS.RESPONSE

## DECLARATION OF AGRIPINA SANCHES

I, Agripina Sanches, declare and state:

1. I am one of the debtors in the chapter 13 bankruptcy, case no. 6:19-bk-16999-WJ. I know the following facts to be true from my own personal knowledge. I could and would competently testify under oath to the truthfulness of the following:

2. My husband and I own the real property located at 14791 Santa Fe Trail, Victorville, CA 92392. I estimate that it is worth $393,400 as of today. We financed the property and the loan servicer is Select Portfolio Servicing ("SPS"). We owe approximately $257,388 on the loan.

3. On September 29, 2022, SPS filed a Motion for Relief from the Automatic Stay (the "Motion") (Doc No. 87) stating that we are delinquent in the amount of $2,924.83, and that the next payment comes due on September 1, 2022, in the amount of $1,456.08.

4. We were current on our mortgage and made regular monthly payments in January, February, and March 2022. True and correct copies of proof of payments and monthly mortgage statements from SPS are attached as Exhibit 1.

5. However, the March 1, 2022 statement from SPS, stated the amount due was -$1,048.14. The April 1, 2022 statement from SPS stated that -$1,048.14 was due. I called SPS to find out why the statement was for a negative amount. I was told that nothing was due. I did not make a payment for April 2022. *See Exhibit 1.*

6. The May 1, 2022 statement from SPS stated that $1,306.51 was due which I paid. The June 2022 and July 2022 statements from SPS stated that $0.00 was due. I again called SPS and was told that the statement was correct, nothing was due. I did not make a payment for June or July 2022. *See Exhibit 1.*

7. The August 1, 2022 statement from SPS stated that $5,763.18 was due. I made a payment in the amount of $1,456.08 on or about August 2, 2022. *See Exhibit 1.*

8. The September 1, 2022 statement from SPS stated that $5,763.18 was due. I made a payment in the amount of $1,456.08 on or about September 8, 2022. *See Exhibit 1.*

9. The October 1, 2022 statement from SPS stated that $4,380.91 was due. I made a payment in the amount of $1,456.09 on or about October 11, 2022. *See Exhibit 1.*

1

10.    My husband and I are frustrated by the billing practices of SPS. We would not have missed a payment but for the statements and telephone confirmations we received from SPS.

11.    It appears that we are now behind on our mortgage. We do not want to loose our home. We will agree to enter into a 9-month adequate protection agreement to cure the amount that we are behind.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this _____ day of October 2022 in Riverside, California.

*See next page*

_____
Agripina Sanches

2

10. My husband and I are frustrated by the billing practices of SPS. We would not have missed a payment but for the statements and telephone confirmations we received from SPS.

11. It appears that we are now behind on our mortgage. We do not want to loose our home. We will agree to enter into a 9-month adequate protection agreement to cure the amount that we are behind.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 26 day of October 2022 in Riverside, California.

*Agripina Sanches*
Agripina Sanches

2

# Exhibit 1

# WESTERN UNION

## RECEIPT / RECIBO

TRACKING NUMBER (MTCN) /
NO. DE CONTROL DEL ENVIO:
1960521602

WU Card # / No. de Tarjeta Dorada:
303406024
Points Earned / Puntos Ganados: 20
Total Points / Puntos Acumulados: 80

Rite Aid Store - 5706
13720 BEAR VALLEY ROAD
VICTORVILLE, CA 923928713
760-955-2070

Money Transfer / Envio de Dinero

Operator ID / No. de ID del Operador:
1783222

Date of Transaction / Fecha de la
Transacción:
January 04, 2022 / Enero 04, 2022

Time of Transaction / Hora de la
Transacción:
6:59 pm US/Eastern

Sender / Remitente:
AGRIPINA TORRES SANCHES
14791 SANTA FE TRIAL, VICTORVILLE, CA 92392
7602459658

Receiver / Beneficiario:
SELECT PORTFOLIO SERVICING

Expected Payout Location / Localidad donde
Esperan Pago:

Service Type / Tipo del Servicio:
MONEY IN MINUTES / DINERO EN MINUTOS

Test Question / Se envio la pregunta de
prueba: No / No

Transfer Amount /               1440.00 USD
Cantidad de Envio:

Transfer Fees /              +    19.99 USD
Cargos por Envio:

Additional Fees /            +     0.00 USD
Cargos Adicionales:

Transfer Taxes /             +     0.00 USD
Impuestos de Envio:

Promotion Discount /         -     0.00 USD
Descuento Promocional:

Total / Total:                  1459.99 USD





# RECEIPT / RECIBO

TRACKING NUMBER (MTCN) /
NO. DE CONTROL DEL ENVIO:
7153670920

WU Card No. / No. de Tarjeta Dorada:
303406024
Points Earned / Puntos Ganados: 20
Total Points / Puntos Acumulados: 100

Rite Aid Store - 5706
13720 BEAR VALLEY ROAD
VICTORVILLE, CA 923928713
760-955-2070

Money Transfer / Envio de Dinero

Operation ID / No. de ID del Operador:
1791025

Date of Transaction / Fecha de la
Transacción:
February 02, 2022 / Febrero 02, 2022

Time of Transaction / Hora de la
Transacción:
7:16 pm US/Eastern

Sender / Remitente:
AGRIPINA TORRES SANCHES
14791 SANTA FE TRIAL, VICTORVILLE, CA 92392
7602469658

Receiver / Beneficiario:
SELECT PORTFOLIO SERVICING

Expected Payout Location / Localidad donde
Espera un Pago:

Service Type / Tipo del Servicio:
MONEY IN MINUTES / DINERO EN MINUTOS

Test Question / Se envio la pregunta de
prueba: No / No

| | |
|---|---|
| Transfer Amount / Cantidad de Envio: | 1440.00 USD |
| Transfer Fees / Cargos por Envio: | + 19.99 USD |
| Additional Fees / Cargos Adicionales: | + 0.00 USD |
| Transfer Taxes / Impuestos de Envio: | + 0.00 USD |
| Promo or Discount / Descuento Promocional: | - 0.00 USD |
| Total / Total: | 1459.99 USD |

WESTERN UNION

# RECEIPT / RECIBO

TRACKING NUMBER (MTCN) /
NO. DE CONTROL DEL ENVIO:
2269747522

WU Card # / No. de Tarjeta Dorada:
303406024
Points Earned / Puntos Ganados: 20
Total Points / Puntos Acumulados: 140

Rite Aid Store - 5706
13720 BEAR VALLEY ROAD
VICTORVILLE, CA 923928713
760-955-2070

Money Transfer / Envio de Dinero

Operator ID / No. de ID del Operador:
1517455

Date of Transaction / Fecha de la Transacción:
March 04, 2022 / Marzo 04, 2022

Time of Transaction / Hora de la Transacción:
4:55 pm US/Eastern

Sender / Remitente:
AGRIPINA TORRES SANCHES
14791 SANTA FE TRIAL, VICTORVILLE, CA 92392
7602459658

Receiver / Beneficiario:
SELECT PORTFOLIO SERVICING

Expected Payout Location / Localidad donde Esperan Pago:

Service Type / Tipo del Servicio:
MONEY IN MINUTES / DINERO EN MINUTOS

Test Question / Se envio la pregunta de prueba: No / No

| | | |
|---|---|---|
| Transfer Amount / Cantidad de Envio: | | 1440.00 USD |
| Transfer Fees / Cargos por Envio: | + | 19.99 USD |
| Additional Fees / Cargos Adicionales: | + | 0.00 USD |
| Transfer Taxes / Impuestos de Envio: | + | 0.00 USD |
| Promotion Discount / Descuento Promocional: | - | 0.00 USD |
| Total / Total: | | 1459.99 USD |

**SPS** SELECT PORTFOLIO SERVICING, INC. www.spservicing.com

Statement Date: 02/11/2022

Customer Service: (800) 258-8602
Monday - Thursday  8:00AM - 11:00PM ET
Friday  8:00AM - 9:00PM ET
Saturday  8:00AM - 2:00PM ET

*For other important information, see reverse side*

Patrick Ellis Sanches
Agripina T Sanchez
14791 Santa Fe Trl
Victorville, CA 92392-6130

| | |
|---|---|
| Account Number |  |
| Property Address | 14791 SANTA FE TRAIL VICTORVILLE CA 92392 |
| Post Petition Due Date | 03/14/2021 |
| Statement Due Date | 03/01/2022 |
| **Payment Amount** | **$-1,048.14** |

### Explanation of Payment Amount (Post Petition)

| | |
|---|---|
| Principal | $127.30 |
| Interest | $1,094.47 |
| Escrow (Taxes and Insurance) | $213.93 |
| **Regular Monthly Payment** | **1,435.70** |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Unpaid Amount(s) | $0.00 |
| Unapplied Payment(s) | $2,483.84 |
| **Total Payment Amount** | **$-1,048.14** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $228,975.52 |
| Deferred Principal | $28,922.96 |
| Outstanding Principal [1] | $257,898.48 |
| Interest Rate (Fixed) | 5.739% |
| Post Petition Interest Rate | 5.739% |
| Prepayment Penalty | No |

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

### Transaction Activity (01/12/2022 to 02/11/2022)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total [1] |
|---|---|---|---|---|---|---|---|---|
| 01/12 | BEG BALANCE | $258,274.95 | $4,383.92 | $380.25 | $0.00 | ($4,369.96) | $0.00 | $258,669.16 |
| 01/14 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (1,440.00) | 0.00 | (1,440.00) |
| 01/19 | PAYMENT | (124.69) | (1,096.68) | (213.93) | 0.00 | 1,435.70 | 0.00 | 0.00 |
| 01/20 | PAYMENT | (125.49) | (1,096.28) | (213.93) | 0.00 | 2,871.40 | 0.00 | 1,435.70 |
| 01/20 | PAYMENT | (126.09) | (1,095.68) | (213.93) | 0.00 | 0.00 | 0.00 | (1,435.70) |
| 02/03 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (1,440.00) | 0.00 | (1,440.00) |
| 02/11 | ENDING BALANCE | $257,898.48 | $1,095.08 | ($261.54) | $0.00 | ($2,942.86) | $0.00 | $255,789.16 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $376.47 | $376.47 |
| Interest | $3,288.84 | $3,288.84 |
| Escrow (Taxes and Insurance) | $641.79 | $641.79 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $-1,427.10 | |
| **Total** | **$2,880.00** | **$4,307.10** |
| Total Unapplied Balance | | $2,942.86 [1] |

### Important Messages

All communication sent to you by SPS is always available on our website: www.spservicing.com. For faster access to written communication and documents, please log in to your customer account on our website to view.

**We have not received all of your mortgage payments due since you filed for bankruptcy.**

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.

[1] *This amount is not a payoff quote. If you would like a payoff quote, please see instructions on reverse side.*

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| | |
|---|---|
| Paid Last Month | $0.00 |
| Total Paid During Bankruptcy | $242.90 |
| Current Balance | $325.92 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.

---

*Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.*

### Payment Amount

Borrower Name(s): Patrick Ellis Sanches, Agripina T Sanchez
Account Number: ****4866

**Payment Date 03/01/2022: $-1,048.14**

Make checks payable to: Select Portfolio Servicing

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT  84165-0450

☐ Change of address or telephone? If so, check here and note changes on back.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payments to us. Instead you should send your payment to the Trustee.

| | |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |

# SPS SELECT PORTFOLIO SERVICING, INC.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

**Mortgage Statement**
Page 1 of 3

Customer Service: (800) 258-8602
Monday – Friday 8:00AM – 9:00PM ET
Saturday 8:00AM – 2:00PM ET

*For other important information, see reverse side*

Patrick Ellis Sanches
Agripina T Sanchez
14791 Santa Fe Trl
Victorville, CA 92392-6130

| | |
|---|---|
| Account Number | ●●●●●866 |
| Property Address | 14791 SANTA FE TRAIL VICTORVILLE CA 92392 |
| Post Petition Due Date | 03/14/2021 |
| Statement Due Date | 04/01/2022 |
| **Payment Amount** | **$-1,048.14** |

### Explanation of Payment Amount (Post Petition)

| | |
|---|---|
| Principal | $127.91 |
| Interest | $1,093.86 |
| Escrow (Taxes and Insurance) | $213.93 |
| **Regular Monthly Payment** | **1,435.70** |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Unpaid Amount(s) | $2,483.84 |
| Unapplied Payment(s) | $-1,048.14 |
| **Total Payment Amount** | |

The Payment Amount does not include any amount that was past due before you filed for bankruptcy.

## Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $228,975.52 |
| Deferred Principal | $28,922.96 |
| Outstanding Principal [1] | $257,898.48 |
| Interest Rate (Fixed) | 5.739% |
| Post Petition Interest Rate | 5.739% |
| Prepayment Penalty | No |

### Funds Received Under Review

Total Amount  $1,440.00

*Funds that SPS has received but not accepted. Please contact SPS for any additional information.*

### Transaction Activity (02/12/2022 to 03/15/2022)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total [1] |
|---|---|---|---|---|---|---|---|---|
| 02/12 | BEG BALANCE | $257,898.48 | $2,180.55 | ($261.54) | $0.00 | ($2,942.86) | $0.00 | $256,883.63 |
| 02/25 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (35.88) | 0.00 | (35.88) |
| 03/11 | COUNTY TAX | 0.00 | 0.00 | 808.76 | 0.00 | 0.00 | 0.00 | 808.76 |
| 03/15 | ENDING BALANCE | $257,898.48 | $2,189.55 | $547.22 | $0.00 | ($2,978.74) | $0.00 | $257,656.51 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $376.47 |
| Interest | $0.00 | $3,288.84 |
| Escrow (Taxes and Insurance) | $0.00 | $641.79 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $35.88 | |
| **Total** | **$35.88** | **$4,307.10** |
| Total Unapplied Balance | | $2,978.74 [3] |

### Important Messages

All communication sent to you by SPS is always available on our website: www.spservicing.com. For faster access to written communication and documents, please log in to your customer account on our website to view.

**We have not received all of your mortgage payments due since you filed for bankruptcy.**

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.

[1] This amount is not a payoff quote. If you would like a payoff quote, please see instructions on reverse side.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| | |
|---|---|
| Paid Last Month | $35.88 |
| Total Paid During Bankruptcy | $278.78 |
| Current Balance | $290.04 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.

---

*Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.*

### Payment Amount

Borrower Name(s): Patrick Ellis Sanches, Agripina T Sanchez
Account Number: ●●●●●866

**Payment Date 04/01/2022: $-1,048.14**

Make checks payable to: Select Portfolio Servicing

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not sent your payments to us. Instead you should send your payment to the Trustee.

| | $ |
|---|---|
| Monthly Payment | |
| Additional Principal | |
| Additional Escrow | |
| Late Fees | |
| Other (Please Specify) | |
| **Total Amount Enclosed** | **$** |

**SPS** SELECT PORTFOLIO SERVICING, INC.
PO Box 65250, Salt Lake City, UT 84165-0250
www.spservicing.com

Mortgage Statement
Statement Date: 04/14/2022
Page 1 of 4

Customer Service: (800) 258-8602
Monday - Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

Patrick Ellis Sanches
Agripina T Sanchez
14791 Santa Fe Trl
Victorville, CA 92392-6130

| | |
|---|---|
| Account Number | ****866 |
| Property Address | 14791 SANTA FE TRAIL VICTORVILLE CA 92392 |
| Post Petition Due Date | 04/14/2021 |
| Statement Due Date | 05/01/2022 |
| **Payment Amount** | **$1,306.51** |

### Explanation of Payment Amount (Post Petition)

| | |
|---|---|
| Principal | $128.52 |
| Interest | $1,093.25 |
| Escrow (Taxes and Insurance) | $213.93 |
| **Regular Monthly Payment** | **1,435.70** |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Unpaid Amount(s) | $0.00 |
| Unapplied Payment(s) | $129.19 |
| **Total Payment Amount** | **$1,306.51** |

The Payment Amount does not include any amount that was past due before you filed for bankruptcy.

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $228,721.53 |
| Deferred Principal | $28,922.96 |
| Outstanding Principal [1] | $257,644.49 |
| Interest Rate (Fixed) | 5.739% |
| Post Petition Interest Rate | 5.739% |
| Prepayment Penalty | No |

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

### Transaction Activity (03/16/2022 to 04/14/2022)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total [1] |
|---|---|---|---|---|---|---|---|---|
| 03/16 | BEG BALANCE | $257,898.49 | $3,253.41 | $547.22 | $0.00 | ($2,976.74) | $0.00 | $258,750.37 |
| 03/17 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (1,440.00) | 0.00 | (1,440.00) |
| 03/18 | PAYMENT | (126.09) | (1,095.08) | (213.93) | 0.00 | 1,435.70 | 0.00 | 0.00 |
| 03/21 | PAYMENT | (127.30) | (1,094.47) | (213.93) | 0.00 | 1,435.70 | 0.00 | 0.00 |
| 03/23 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (32.83) | 0.00 | (32.83) |
| 04/14 | ENDING BALANCE | $257,644.49 | $1,093.86 | $119.36 | $0.00 | ($1,580.17) | $0.00 | $257,277.54 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $253.99 | $630.46 |
| Interest | $2,189.55 | $5,478.39 |
| Escrow (Taxes and Insurance) | $427.86 | $1,069.65 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $-1,398.57 | |
| **Total** | **$1,472.83** | **$7,178.50** |
| Total Unapplied Balance | $1,580.17 [3] | |

### Important Messages

All communication sent to you by SPS is always available on our website: www.spservicing.com. For faster access to written communication and documents, please log in to your customer account on our website to view.

We have not received all of your mortgage payments due since you filed for bankruptcy.

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.

[1] This amount is not a payoff quote. If you would like a payoff quote, please see Instructions on reverse side.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| | |
|---|---|
| Paid Last Month | $32.83 |
| Total Paid During Bankruptcy | $311.61 |
| Current Balance | $257.21 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.



MoneyGram receipts: R10900954012 3 and R10900954011 2

# SPS SELECT Portfolio SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT
www.spservicing.com

**Mortgage Statement**
Statement Date: 05/13/2022
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

Patrick Ellis Sanches
Agripina T Sanchez
14791 Santa Fe Trl
Victorville, CA 92392-6130

| | |
|---|---|
| Account Number | ****866 |
| Property Address | 14791 SANTA FE TRAIL VICTORVILLE CA 92392 |
| Post Petition Due Date | 04/14/2021 |
| Statement Due Date | 06/01/2022 |
| **Payment Amount** | **$0.00** |

### Explanation of Payment Amount (Post Petition)
| | |
|---|---|
| Principal | $129.14 |
| Interest | $1,092.63 |
| Escrow (Taxes and Insurance) | $213.93 |
| Regular Monthly Payment | 1,435.70 |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Unpaid Amount(s) | $0.00 |
| | $1,435.70 |
| Unapplied Payment(s) | $0.00 |
| **Total Payment Amount** | |

The Payment Amount does not include any amount that was past due before you filed for bankruptcy.

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

### Account Information
| | |
|---|---|
| Interest Bearing Principal | $228,721.53 |
| Deferred Principal | $28,922.96 |
| Outstanding Principal [1] | $257,644.49 |
| Interest Rate (Fixed) | 5.739% |
| Post Petition Interest Rate | 5.739% |
| Prepayment Penalty | No |

### Transaction Activity (04/15/2022 to 05/13/2022)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total [1] |
|---|---|---|---|---|---|---|---|---|
| 04/15 | BEG BALANCE | $257,644.49 | $2,187.11 | $119.36 | $0.00 | ($1,580.17) | $0.00 | $258,370.79 |
| 04/28 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (30.19) | 0.00 | (30.19) |
| 05/02 | HAZARD INS | 0.00 | 0.00 | 1,044.00 | 0.00 | 0.00 | 0.00 | 1,044.00 |
| 05/10 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (1,306.51) | 0.00 | (1,306.51) |
| 05/13 | ENDING BALANCE | $257,644.49 | $2,187.11 | $1,163.36 | $0.00 | ($2,916.87) | $0.00 | $258,078.09 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $630.46 |
| Interest | $0.00 | $5,478.39 |
| Escrow (Taxes and Insurance) | $0.00 | $1,069.65 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $1,336.70 | |
| **Total** | **$1,336.70** | **$7,178.50** |
| Total Unapplied Balance | | $2,916.87 [3] |

### Important Messages

All communication sent to you by SPS is always available on website: www.spservicing.com. For faster access to written communication and documents, please log in to your customer account on our website to view.

We have not received all of your mortgage payments due since you filed for bankruptcy.

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.

[1] This amount is not a payoff quote. If you would like a payoff quote, please see instructions on reverse side.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| | |
|---|---|
| Paid Last Month | $30.19 |
| Total Paid During Bankruptcy | $341.80 |
| Current Balance | $227.02 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

### Payment Amount

| | |
|---|---|
| Borrower Name(s) | Patrick Ellis Sanches, Agripina T Sanchez |
| Account Number | ****866 |

**Payment Date 06/01/2022: $0.00**

Make checks payable to: Select Portfolio Servicing

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

Change of address or telephone? If so, check here and note changes on back.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payments to us. Instead you should send your payment to the Trustee.

| | |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| **Total Amount Enclosed** | $ |

**SPS** SELECT PORTFOLIO SERVICING, Inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
at www.spservicing.com

Statement Date: 06/14/2022

Customer Service: (800) 258-8602
Monday - Friday    8:00AM - 9:00PM ET
Saturday    8:00AM - 2:00PM ET

For other important information, see reverse side.

Patrick Ellis Sanches
Agripina T Sanchez
14791 Santa Fe Trl
Victorville, CA 92392-6130

| Account Number | ****4866 |
|---|---|
| Property Address | 14791 SANTA FE TRAIL VICTORVILLE CA 92392 |
| Post Petition Due Date | 04/14/2021 |
| Statement Due Date | 07/01/2022 |
| **Payment Amount** | **$0.00** |

### Explanation of Payment Amount (Post Petition)

| | |
|---|---|
| Principal | $129.75 |
| Interest | $1,092.02 |
| Escrow (Taxes and Insurance) | $213.93 |
| **Regular Monthly Payment** | **1,435.70** |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Unpaid Amount(s) | $0.00 |
| Unapplied Payment(s) | $1,435.70 |
| **Total Payment Amount** | **$0.00** |

The Payment Amount does not include any amount that was past due before you filed for bankruptcy.

### Bankruptcy Message

**Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.**

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $228,721.53 |
| Deferred Principal | $28,922.96 |
| Outstanding Principal [1] | $257,644.49 |
| Interest Rate (Fixed) | 5.739% |
| Post Petition Interest Rate | 5.739% |
| Prepayment Penalty | No |

### Transaction Activity (05/14/2022 to 06/14/2022)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total [1] |
|---|---|---|---|---|---|---|---|---|
| 05/14 | BEG BALANCE | $257,644.49 | $3,279.74 | $1,163.36 | $0.00 | ($2,916.87) | $0.00 | $259,170.72 |
| 05/18 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (128.55) | 0.00 | (128.55) |
| 06/14 | ENDING BALANCE | $257,644.49 | $3,279.74 | $1,163.36 | $0.00 | ($3,045.42) | $0.00 | $259,042.17 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $630.46 |
| Interest | $0.00 | $5,478.39 |
| Escrow (Taxes and Insurance) | $0.00 | $1,069.65 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $128.55 | |
| **Total** | **$128.55** | **$7,178.50** |
| Total Unapplied Balance | | $3,045.42 |

### Important Messages

All communication sent to you by SPS is always available on our website: www.spservicing.com. For faster access to written communication and documents, please log in to your customer account on our website to view.

**We have not received all of your mortgage payments due since you filed for bankruptcy.**

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.

[1] This amount is not a payoff quote. If you would like a payoff quote, please see instructions on reverse side.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| | |
|---|---|
| Paid Last Month | $128.55 |
| Total Paid During Bankruptcy | $470.35 |
| Current Balance | $98.47 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

### Payment Amount

Borrower Name(s): Patrick Ellis Sanches, Agripina T Sanchez
Account Number: ****4866

**Payment Date 07/01/2022: $0.00**

Make checks payable to: Select Portfolio Servicing

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? If so, check here and note changes on back.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not sent your payments to us. Instead you should send your payment to the Trustee.

| | |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| **Total Amount Enclosed** | $ |

# SPS SELECT Portfolio SERVICING

P.O. Box 65250
Salt Lake City, UT 84165-0250
at www.spservicing.com

**Mortgage Statement**
Statement Date: 07/15/2022
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

Patrick Ellis Sanches
Agripina T Sanchez
14791 Santa Fe Trl
Victorville, CA 92392-6130

| Account Number | ****866 |
| Property Address | 14791 SANTA FE TRAIL VICTORVILLE CA 92392 |

Post Petition Due Date: 05/01/2022
Statement Due Date: 08/01/2022
**Payment Amount: $5,763.18**

### Explanation of Payment Amount (Post Petition)

| | |
|---|---|
| Principal | $130.37 |
| Interest | $1,091.40 |
| Escrow (Taxes and Insurance) | $234.31 |
| Regular Monthly Payment | 1,456.08 |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Unpaid Amount(s) | $4,307.10 |
| Unapplied Payment(s) | $0.00 |
| **Total Payment Amount** | **$5,763.18** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $228,593.62 |
| Deferred Principal | $28,922.96 |
| Outstanding Principal | $257,516.58 |
| Interest Rate (Fixed) | 5.739% |
| Post Petition Interest Rate | 5.739% |
| Prepayment Penalty | No |

### Bankruptcy Message

**Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.**

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

### Transaction Activity (06/15/2022 to 07/15/2022)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total |
|---|---|---|---|---|---|---|---|---|
| 06/15 | BEG BALANCE | $257,644.49 | $4,371.70 | $1,163.36 | $0.00 | ($3,045.42) | $0.00 | $260,134.19 |
| 06/23 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (25.29) | 0.00 | (25.29) |
| 07/05 | PAYMENT | (127.91) | (1,093.88) | (213.93) | 0.00 | 1,435.70 | 0.00 | 0.00 |
| 07/12 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (24.88) | 0.00 | (24.88) |
| 07/15 | ENDING BALANCE | $257,516.58 | $3,277.90 | $949.43 | $0.00 | ($1,659.89) | $0.00 | $260,084.02 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $127.91 | $758.37 |
| Interest | $1,093.86 | $6,572.25 |
| Escrow (Taxes and Insurance) | $213.93 | $1,283.58 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $-1,385.53 | |
| **Total** | **$50.17** | **$8,614.20** |
| Total Unapplied Balance | $1,659.89 [3] | |

### Important Messages

All communication sent to you by SPS is always available on our website: www.spservicing.com. For faster access to written communication and documents, please log in to your customer account on our website to view.

**We have not received all of your mortgage payments due since you filed for bankruptcy.**

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.

[1] This amount is not a payoff quote. If you would like a payoff quote, please see instructions on reverse side.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| Paid Last Month | $50.17 |
| Total Paid During Bankruptcy | $520.52 |
| Current Balance | |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your



MONEY ORDER RECEIPT - NON NEGOTIABLE

Mort Aug 2 2022

AGT 742980 LOC 001588 DT 080222 $1000.00 1THOUSANDDOLLARS AND NO CENTS

*2200805 8849*



MONEY ORDER RECEIPT - NON NEGOTIABLE

Mort Aug 2 2022

AGT 742980 LOC 001588 DT 080222 $456.08 4HUNDRED56DOLLARS AND 8CENTS

*2200805 8850*

**SPS** Select Portfolio Servicing

Salt Lake City, UT 84165-0250

Paperless

Page 1 of 2

Customer Service: (800) 2_____
Monday - Friday  8:00AM - 9:00PM ET
Saturday  8:00AM - 2:00PM ET

*For other important information, see reverse side*

Patrick Ellis Sanches
Agripina T Sanchez
14791 Santa Fe Trl
Victorville, CA 92392-6130

| | |
|---|---|
| Account Number | ████64866 |
| Property Address | 14791 SANTA FE TRAIL<br>VICTORVILLE CA 92392 |
| Post Petition Due Date | 06/01/2022 |
| Statement Due Date | 09/01/2022 |
| **Payment Amount** | **$5,763.18** |

### Explanation of Payment Amount (Post Petition)

| | |
|---|---|
| Principal | $131.00 |
| Interest | $1,090.77 |
| Escrow (Taxes and Insurance) | $234.31 |
| Regular Monthly Payment | 1,456.08 |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Unpaid Amount(s) | $4,327.48 |
| Unapplied Payment(s) | $20.38 |
| **Total Payment Amount** | **$5,763.18** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $228,465.10 |
| Deferred Principal | $28,922.96 |
| Outstanding Principal [1] | $257,388.06 |
| Interest Rate (Fixed) | 5.739% |
| Post Petition Interest Rate | 5.739% |
| Prepayment Penalty | No |

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

### Transaction Activity (07/16/2022 to 08/15/2022)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total [1] |
|---|---|---|---|---|---|---|---|---|
| 07/16 | BEG BALANCE | $257,516.58 | $4,369.30 | $949.43 | $0.00 | ($1,659.89) | $0.00 | $261,175.42 |
| 09/09 | PAYMENT | (128.52) | (1,093.25) | (213.93) | 0.00 | (20.38) | 0.00 | (1,456.08) |
| 08/15 | ENDING BALANCE | $257,388.06 | $3,276.05 | $735.50 | $0.00 | ($1,680.27) | $0.00 | $259,719.34 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $128.52 | $886.89 |
| Interest | $1,093.25 | $7,665.50 |
| Escrow (Taxes and Insurance) | $213.93 | $1,497.51 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $20.38 | |
| **Total** | **$1,456.08** | **$10,049.90** |
| Total Unapplied Balance | $1,680.27 [3] | |

### Important Messages

All communication sent to you by SPS is always available on our website: www.spsservicing.com. For faster access to written communication and documents, please log in to your customer account on our website to view.

**We have not received all of your mortgage payments due since you filed for bankruptcy.**

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.

[1] This amount is not a payoff quote. If you would like a payoff quote, please see instructions on reverse side.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| | |
|---|---|
| Paid Last Month | $0.00 |
| Total Paid During Bankruptcy | $520.52 |
| Current Balance | $48.30 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.



MORT Sep 8 2022





MONEY ORDER RECEIPT - NON NEGOTIABLE

MORT Sep 8 2022

**Mortgage Statement**

Page 1 of 3

**SPS**
SELECT PORTFOLIO SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Customer Service: (800) 258-8602
Monday – Friday  8:00AM – 9:00PM ET
Saturday  8:00AM – 2:00PM ET

*For other important information, see reverse side.*

Patrick Ellis Sanches
Agripina T Sanchez
14791 Santa Fe Trl
Victorville, CA 92392-6130

| | |
|---|---|
| Account Number | xxxxx866 |
| Property Address | 14791 SANTA FE TRAIL, VICTORVILLE CA 92392 |
| Post Petition Due Date | 06/01/2022 |
| Statement Due Date | 10/01/2022 |
| **Payment Amount** | **$4,380.91** |

### Explanation of Payment Amount (Post Petition)

| | |
|---|---|
| Principal | $131.62 |
| Interest | $1,090.15 |
| Escrow (Taxes and Insurance) | $234.31 |
| Regular Monthly Payment | 1,456.08 |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $0.00 |
| Past Unpaid Amount(s) | $5,783.56 |
| Unapplied Payment(s) | $2,858.73 |
| **Total Payment Amount** | **$4,380.91** |

The Payment Amount does not include any amount that was past due before you filed for bankruptcy.

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $228,465.10 |
| Deferred Principal | $28,922.96 |
| Outstanding Principal [1] | $257,388.06 |
| Interest Rate (Fixed) | 5.739% |
| Post Petition Interest Rate | 5.739% |
| Prepayment Penalty | No |

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

### Transaction Activity (08/16/2022 to 09/14/2022)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total [1] |
|---|---|---|---|---|---|---|---|---|
| 08/16 | BEG BALANCE | $257,388.06 | $4,358.82 | $735.50 | $0.00 | ($1,680.27) | $0.00 | $260,810.11 |
| 08/16 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (23.63) | 0.00 | (23.63) |
| 09/14 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (1,456.08) | 0.00 | (1,456.08) |
| 09/14 | ENDING BALANCE | $257,388.06 | $4,358.82 | $735.50 | $0.00 | ($3,159.98) | $0.00 | $259,330.40 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $886.89 |
| Interest | $0.00 | $7,665.50 |
| Escrow (Taxes and Insurance) | $0.00 | $1,497.51 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $1,479.71 | |
| **Total** | **$1,479.71** | **$10,049.90** |
| Total Unapplied Balance | | $3,159.98 [3] |

### Important Messages

All communication sent to you by SPS is always available on our website: www.spservicing.com. For faster access to written communication and documents, please log in to your customer account on our website to view.

**We have not received all of your mortgage payments due since you filed for bankruptcy.**

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.

[1] This amount is not a payoff quote. If you would like a payoff quote, please see instructions on reverse side.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| | |
|---|---|
| Paid Last Month | $23.63 |
| Total Paid During Bankruptcy | $544.15 |
| Current Balance | $24.67 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.

---

MoneyGram Receipts:
- R1090 55926826 — mort
- R1090 55926837 — mort
- R1090 55926573 — mort
- (fourth receipt)

www.moneygram.com/moneyorder

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3845 Tenth Street
Riverside, CA 92501

A true and correct copy of the foregoing document entitled: **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 10/26/22, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)   notice-efile@rodan13.com
Sean C Ferry   sferry@raslg.com, sferry@ecf.courtdrive.com
Todd L Turoci   mail@theturocifirm.com
United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov
Robert P Zahradka   rzahradka@nationalfunding.com
Chad L Butler   caecf@tblaw.com
Valerie Smith   claims@recoverycorp.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 10/26/22, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Wayne Johnson
United States Bankruptcy Court
3420 Twelfth Street, Ste. 384, Crtrm. 304
Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/26/22 | Dana Cormey | /s/ Dana Cormey |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 4                              F 4001-1.RFS.RESPONSE